DAVID S. LEE, ESQ.
Nevada Bar No.: 6033
ELIZABETH C. SPAUR, ESQ.
Nevada Bar No. 010446
LEE, HERNANDEZ, LANDRUM & CARLSON, APC
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
(702) 880-9750
Fax; (702) 314-1210
dlee@lee-lawfirm.com
bspaur@lee-lawfirm.com
Attorneys for Defendant,
TOW PROPERTIES, LLC V

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST, 2006-1, a national bank<br><br>Plaintiff,<br><br>vs.<br><br>PEPPERTREE HOMEOWNERS ASSOCIATION, a Nevada Corporation; TOW PROPERTIES, LLC V, a Nevada non-profit co-op corporation,<br><br>Defendants. | CASE NO.: 2:18-cv-00619<br><br>**STIPULATION AND ORDER TO DISMISS TOW PROPERTIES, LLC V'S COUNTERCLAIMS AGAINST DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST, 2006-1** |

Pursuant to Federal Rule of Civil Procedure 41(a), Defendant TOW PROPERTIES, LLC V (hereinafter "TOW") and Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2006-1 (hereinafter "Deutsche Bank") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1. On April 6, 2018, Plaintiff Deutsche Bank filed its Complaint in this action naming Peppertree and Tow Properties, LLC V as defendants related to a homeowners association foreclosure sale of real property located at 1865 Avacado Court, Henderson, NV 89014; (APN: 178-05-614-036) (hereinafter "Property")

1

2. On May 14, 2018, TOW filed a counterclaim against Deutsche Bank;

3. The Parties hereby agree that TOW's claims against Deutsche Bank shall be dismissed with prejudice, and TOW and Deutsche Bank shall each bear its own costs and fees related to this litigation.

4. Deutsche Bank asserts that it does not have a current ownership interest in title to the Property.

5. This dismissal does not affect any rights, claims or defenses of TOW or Deutsche Bank with respect to any other party related to the foreclosure sale of the Property.

| LEE, HERNANDEZ, LANDRUM & CARLSON | ZIEVE, BRODNAX & STEELE, LLP |
|---|---|
| /s/Elizabeth S. Spaur, Esq. | /s/J. Stephen Dolembo, Esq. |
| Elizabeth C. Spaur, Esq. | J. Stephen Dolembo, Esq. |
| Nevada Bar No. 10446 | Nevada Bar No. 9795 |
| 7575 Vegas Dr., Suite 150 | 9435 West Russell Road, Suite 120 |
| Las Vegas, NV 89128 | Las Vegas, Nevada 89148 |
| Telephone: (702) 880-9750 | Tel: (702) 948-8565 |
| Facsimile: (702) 314-1210 | Fax: (702) 446-9898 |
| *Attorney for Defendant Tow Properties, LLC V* | sdolembo@zbslaw.com |
| | *Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2006-1* |

LEE, HERNANDEZ, LANDRUM & CARLSON, APC
7575 VEGAS DRIVE, SUITE 150
LAS VEGAS, NV 89128
(702) 880-9750

Case No.: 2:18-cv-00619-KJD-NJK

## ORDER

Based on the foregoing stipulation, and good cause appearing,

**IT IS ORDERED** that TOW's Counterclaim against Plaintiff DEUTSCHE BANK is hereby dismissed from this case with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff DEUTSCHE BANK has no present ownership interest in title to the Property, and title is quieted in TOW.

**IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that this dismissal does not affect any rights, claims or defenses of TOW PROPERTIES, LLC V or DEUTSCHE BANK with respect to any other party related to the foreclosure sale of the Property.

**IT IS SO ORDERED.**

DATED this 14th day of June 2019.

_____
U.S. DISTRICT COURT OR MAGISTRATE JUDGE

Respectfully submitted:

**LEE, HERNANDEZ, LANDRUM & CARLSON, APC**

By: _____
DAVID S. LEE, ESQ.
Nevada Bar No. 6033
ELIZABETH C. SPAUR, ESQ.
Nevada Bar No. 010446
7575 Vegas Drive, Suite 150
Las Vegas, NV 89128
Attorneys for Defendant, TOW PROPERTIES, LLC V

3