ZIEVE, BRODNAX & STEELE, LLP
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
Tel:     (702) 948-8565
Fax:     (702) 446-9898
sdolembo@zbslaw.com
Attorneys for Plaintiff *Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2006-1*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-1, a national bank, | **Case No.:  2:18-CV-00619-KJD-NJK** |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS TOW PROPERTIES, LLC, V** |
| vs. | |
| PEPPERTREE HOMEOWNERS ASSOCIATION, a Nevada corporation; TOW PROPERTIES, LLC V, a Nevada non-profit co-op corporation, | |
| Defendants. | |
| TOW PROPERTIES, LLC V, a Nevada non-profit co-op corporation, | |
| Counterclaimant, | |
| vs. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-1, a national bank; PEPPERTREE HOMEOWNERS ASSOCIATION, a Nevada corporation, | |
| Counter-defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2006-1 (hereinafter "Deutsche Bank") and Defendant Tow Properties, LLC V (hereinafter "Tow Properties") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1. On April 6, 2018, Plaintiff Deutsche Bank filed its Complaint in this action naming Peppertree and Tow Properties, LLC V as defendants related to a homeowners association foreclosure sale of real property located at 1865 Avacado Court, Henderson, NV 89014; (APN: 178-05-614-036) (hereinafter "Property").

2. Deutsche Bank's claims against Peppertree were dismissed by way of Stipulation and Order filed on February 27, 2019. [ECF No. 36].

3. On May 14, 2018, Tow Properties filed a Counterclaim against Deutsche Bank and Peppertree. [ECF No.11}

4. The Parties hereby agree that Deutsche Bank's claims against Tow Properties shall be dismissed with prejudice.

5. Deutsche Bank asserts that it does not have a current ownership interest in the title of the Property.

///
///
///
///
///
///
///
///
///
///
///

6. This dismissal does not affect any rights, claims or defenses of Deutsche Bank or Tow Properties with respect to any other party related to the foreclosure sale of the Property.

**IT IS SO STIPULATED.**

DATED this __11th__ day of June, 2019.

| **ZIEVE, BRODNAX & STEELE, LLP** | **LEE, HERNANDEZ, LANDRUM & CARLSON** |
|---|---|
| __/s/J. Stephen Dolembo, Esq.____<br>J. Stephen Dolembo, Esq.<br>Nevada Bar No. 9795<br>9435 West Russell Road, Suite 120<br>Las Vegas, Nevada 89148<br>Tel: (702) 948-8565<br>Fax: (702) 446-9898<br>sdolembo@zbslaw.com<br>*Attorneys for Plaintiff Deutsche Bank*<br>*National Trust Company, as Trustee for*<br>*Morgan Stanley Home Equity Loan Trust*<br>*2006-1* | __/s/_Elizabeth C. Spaur, Esq._____<br>Elizabeth C. Spaur, Esq.<br>Nevada Bar No. 10446<br>7575 Vegas Dr., Suite 150<br>Las Vegas, NV 89128<br>Telephone: (702) 880-9750<br>Facsimile: (702) 314-1210<br>*Attorney for Defendant Tow Properties,*<br>*LLC V* |

**Case No.: 2:18-cv-00619-KJD-NJK**

**ORDER**

Based on the foregoing stipulation, and good cause appearing,

**IT IS ORDERED** that Defendant TOW PROPERTIES, LLC V is hereby dismissed from this case with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff DEUTSCHE BANK has no interest in the title of the Property.

**IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED that this dismissal does not affect any rights, claims or defenses of Plaintiff DEUTSCHE BANK or TOW PROPERTIES, LLC V with respect to any other party related to the foreclosure sale of the Property.

**IT IS SO ORDERED.**

DATED this 14th day of ___June___ 2019.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted:

ZIEVE, BRODNAX & STEELE, LLP

/s/J. Stephen Dolembo, Esq.
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 W. Russell Rd., Suite 120
Las Vegas, Nevada 89148
sdolembo@zbslaw.com
Attorneys for Plaintiff

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 |      I HEREBY CERTIFY that I am an employee of ZIEVE, BRODNAX & STEELE, LLP; |
| 3 | that service of the foregoing **STIPULATION AND ORDER TO DISMISS TOW** |
| 4 | **PROPERTIES, LLC V** was made on the __11th__ day of June, 2019, by electronic service to all |
| 5 | parties and counsel as identified on the Court-generated Notice of Electronic Filing. |
| 6 | |
| 7 | HOA LAWYERS GROUP, LLC<br>Steven T. Loizzi, Jr., Esq. |
| 8 | 9500 W. Flamingo, Suite 204<br>Las Vegas, Nevada 89147 |
| 9 | steve@nrs116.com<br>*Attorney for Defendants, PEPPERTREE HOMEOWNERS ASSOCIATION* |
| 10 | |
| 11 |  LEE, HERNANDEZ, LANDRUM & CARLSON, APC<br>*7575 Vegas Drive, Suite 150* |
| 12 | *Las Vegas, Nevada 89128*<br>*dlee@lee-lawfirm.com* |
| 13 | *bspaur@lee-lawfirm.com*<br>*Attorneys for Defendant, TOW PROPERTIES, LLC V* |
| 14 | |
| 15 | |
| 16 |                                   _/s/Sara Hunsaker<br>                                    An employee of ZIEVE, BRODNAX &<br>                                    STEELE, LLP |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |